5/10/09

Dear Judge Dearie and Magistrate Gold,

My name is Joseph Trentacosta. I am writing you this letter to inform you that I was never served any papers until I took the initiative to call Mrs. Donna Dougherty (atty for Plaintiff Marie Peterson) on May 7th 2009, after being informed that I was a possible defendant in this particular case index # 06-6663(RJD)(SMG). I would like to cooperate to the fullest with you your honor and the court. I want to enlighten you and the court on my current health and severe injuries due to a motorcycle accident which occurred on Sept 18, 2008. It is very difficult for me to get around being I am incompositated at this time (confined to a wheel chair). I would like to be able to attend the next hearing on June 3, 2009 at 4pm but most likely will not be able to physically be there due to my current condition. I was informed that I could be involved in a conference call on the phone at that time. The number I can be reached at is (718) 612-9720. Since the accident I have not worked I was in the hospital from Sept 18 2008 until Nov 26, 2008 and since Nov 26, 2008 I had went for two more surgeries. I am starting re-habilitation again on May 12, 200[9]

→

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAY 15 2009 ★ BROOKLYN OFFICE

I am on Temporary Social Security at this time and can-not afford an attorney. Thank God the Pro-Se clerks have been very helpful in this matter explaining to me, how I can go about answering this summons etc. I would like to take this time to thank you your honor and the court.

Sincerely,
Joseph Trentacoste

index # 06-6663 (RJD)(SMG)

I can be reached at (718) 612-9720 or by mail at 55 Chinkabeny Ct Howell NJ 07731.

cc. Donna Dougherty
97-77 Queens Blvd, Suite 600
Rego Park, NY 11374
Atty for Plantiff