UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PETERSON,

              Plaintiff,                                   **ORDER**

    -against-                                          06-CV-06663 (RJD) (ALC)

**ARIES FINANCIAL, LLC,**

              Defendants.
-------------------------------------------------------------------X

        Following today's teleconference, Mr. Trentacosta's deposition will take place on October 5, 2009 at Cardozo Law School. Parties will arrange to take the depositions of Ms. Peterson and Mr. Cucuzza at a mutually agreeable time and place. Mr. Cucuzza shall respond to plaintiff's interrogatories no later than **October 8, 2009**. The deadline to conduct party depositions is extended until **November 15, 2009** and all non-party depositions must be conducted by **January 11, 2010**. The settlement conference originally scheduled for December 10, 2009 is adjourned until **January 19, 2010, at 10 a.m.** in Courtroom 504N. Counsel shall be prepared to state their position on settlement, with their clients present or available by telephone.

    **SO ORDERED**

**Dated: September 30, 2009**
       **Brooklyn, New York**         s/ Magistrate Judge Andrew L. Carter

                                          **ANDREW L. CARTER, JR.**
                                          **UNITED STATES MAGISTRATE JUDGE**