

**JASA**
JEWISH ASSOCIATION FOR SERVICES FOR THE AGED

UJA Federation
*of New York*
www.ujafedny.org

**LEGAL SERVICES FOR THE ELDERLY IN QUEENS**
97-77 QUEENS BOULEVARD, SUITE 600, REGO PARK, NY 11374
TEL.: 718-286-1500 / FAX: 718-275-5352

David M. Warren
PRESIDENT

Aileen Gitelson
CHIEF EXECUTIVE OFFICER

DONNA DOUGHERTY
ATTORNEY-IN-CHARGE

STAFF ATTORNEYS
HILARY BAUER
ALAIN V. MASSENA
DAN NKANSAH-SIRIBOE
CARMELLA MCFADYEN
KATHERINE MARRETTA
KRZYSZTOF LACH
MARC BROTMAN
EDWARD MARIO

LEAP ATTORNEYS
DIANNE WOODBURN
RAMI DJEMAL
KERRY JAMIESON

**BY ECF AND U.S. FIRST CLASS MAIL**

June 14, 2010

The Honorable Andrew Carter
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Britt v. Aries Financial, et. al.*, 09-Civ-2398 (RJD) (ALC))
*Petersen v. Aries Financial, et. al.*, 06-Civ-6663 (RJD)(ALC)

Dear Judge Carter:

We represent the Plaintiff, Marie Petersen, in the above-referenced matter and write on behalf of the parties in *Britt* and *Petersen* as directed by this Court's Order of June 3, 2010.

The parties have made progress in discovery during the last two months in both matters. Depositions were completed on the following individuals:

Doug Kahan (Britt defendant and nonparty witness Petersen)
Al London individually and as 30(b)(6) witness for Aries Financial (Britt and Petersen)
Gary Cucuzza (Petersen defendant)
Catherine Basile (nonparty witness Petersen)

In addition, the following depositions are scheduled to be completed by June 30, 2010:

Herman Britt (today, June 14)
Candice London (Britt and Petersen June 22)
Waterview Abstract (nonparty witness Petersen June 23)
Carol Laxner (Britt and Petersen June 24)
Sharline Britt (Britt June 29)

Although the parties have completed a significant part of discovery it appears that it will not be complete by June 30, 2010 for several reasons. First, the parties have completed three days of Marie Petersen's deposition. As the Court is aware, due to Ms. Petersen's poor health these depositions have been held in her home and have been scheduled for two hours each time. Defense counsel believes

Funded under contracts with the New York City Department for the Aging as part of the
Older Americans Act Program administered by the New York State Office for the Aging and CNYCN

require additional dates beyond the June 30th date for completion of her deposition.

  Several other issues have arisen which may also require an extension beyond June 30, 2010. The parties had a tentative date scheduled for June 23rd to take the deposition of Larry Ramaekers (one of the principals of Aries Financial). However, Mr. Ramaekers has recently informed plaintiffs' counsel that the counsel for Aries Financial may not accept service of the deposition subpoena on his behalf. As a result, plaintiffs' counsel are forced to personally serve Mr. Ramaekers in Telluride,Colorado. We have scheduled this deposition for June 30, 2010 but are now not aware of Mr. Ramaeker's availability.

  In addition there is a nonparty witness in Petersen, David Gottlieb, who appears to be evading service of the subpoena to appear for deposition. Mr. Gottlieb is a New York attorney who was in defendant Powell's employ in 2005 and 2006. In this capacity Mr. Gottlieb allegedly appeared at Methodist hospital in order to have Ms. Petersen sign closing documents. Counsel spoke to Mr. Gottlieb in April and advised him of our need to take his deposition. However since that time he has refused to return telephone calls and email and the process server has not been able to personally serve him with the subpoena. Although we had scheduled to take this deposition in June our inability to serve Mr. Gottlieb may require that his deposition be scheduled in July. Likewise it appears that Divine Intervention (currently scheduled for June 28) is evading service of the deposition subpoena. Finally there are a few nonparty witnesses who remain to be scheduled depending on the completion of the June depositions listed above.

  Counsel believes that we will know within the next ten days whether and to what extent a short extension on discovery may be necessary and with the Court's permission will so update your Honor. Thank you for your consideration.

Dated: Queens, New York
June 14, 2010

        Respectfully submitted,

        /s/

        Donna Dougherty

cc:

Fredrick Sosinksy, Esq.
45 Broadway, 30th Floor
New York, NY 10006
*Counsel for Aries Financial, LLC*

2

Douglas Kahan, Esq.
1328 Boston Post Road
Larchmont, New York 10538
*Pro se*

Gary Schoer, Esq.
6800 Jericho Trnpk. Suite 1087
Syosset, New York 11791
*Attorney for Fredric Powell*

Winograd and Winograd PC
Corey Winograd, Esq.
450 Seventh Avenue
New York, New York 10123
*Attorney for Jacques Michaane*

Andrew Sfouggatakis
172 Neck Road
Brooklyn, New York 11223
*Attorney for Gary Cucuzza*
BY ECF

Divine Intervention, LLC
36 North Columbus Avenue
Freeport, New York 11520

Joseph Trentacosta
55 Chinkaberry Ct.
Howell, NJ 07731
*Pro se defendant*

James Uston
275 Avenue U
Brooklyn, NY 11223
*Pro se defendant*

BY U.S. FIRST CLASS MAIL