
JEWISH ASSOCIATION FOR SERVICES FOR THE AGED


www.ujafedny.org

**LEGAL SERVICES FOR THE ELDERLY IN QUEENS**
97-77 QUEENS BOULEVARD, SUITE 600, REGO PARK, NY 11374
TEL: 718-286-1500 / FAX: 718-275-5352

David M. Warren
PRESIDENT

Aileen Gitelson
CHIEF EXECUTIVE
OFFICER

DONNA DOUGHERTY
ATTORNEY-IN-CHARGE

STAFF ATTORNEYS
HILARY BAUER
ALAIN V. MASSENA
DAN NKANSAH-SIRIBOE
CARMELLA MCFADYEN
KATHERINE MARRETTA
KRZYSZTOF LACH
MARC BROTMAN
EDWARD MARIO

LEAP ATTORNEYS
DIANNE WOODBURN
RAMI DJEMAL
KERRY JAMIESON

**BY ECF AND U.S. FIRST CLASS MAIL**

August 5, 2010

The Honorable Andrew Carter
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Britt v. Aries Financial, et. al.*, 09-Civ-2398 (RJD) (ALC))
*Petersen v. Aries Financial, et. al.*, 06-Civ-6663 (RJD)(ALC)

Dear Judge Carter:

We represent the plaintiff, Marie Petersen, in the above-referenced matter and write on behalf of the parties in *Britt* and *Petersen* as directed by this Court's Order of July 23, 2010.

Today counsel for Aries Financial informed *Britt* and *Petersen* counsel that many of the outstanding discovery documents are to be forwarded to plaintiffs within the next week. In addition Aries has stated that it will set forth those remaining items which it believes are protected from discovery. As a result, counsel for Aries requested an extension to August 13, 2010 for the parties to submit the joint status report as to outstanding document requests and remaining deposition dates.

Plaintiffs' counsel has no objection to this request as long as permission is granted by this Court. Thank you for your consideration.

Dated: Queens, New York
August 5, 2010

Respectfully submitted,

/s/

Donna Dougherty

cc: All counsel ECF

Funded under contracts with the New York City Department for the Aging as part of the
Older Americans Act Program administered by the New York State Office for the Aging and CNYCN

Joseph Trentacosta
55 Chinkaberry Ct.
Howell, NJ 07731
718-612-9720
*Pro Se Defendant*

James Uston
275 Avenue U
Brooklyn, NY 11223
*Pro Se Defendant*

Divine Intervention Institute, Inc.
36 North Columbus Avenue
Freeport, New York 11529
*Pro se Defendant*

Divine Intervention Institute, Inc.
80 Wall Street, Suite 919-920
New York, New York 10005
*Pro Se Defendant*