# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | January 18, 2012 |
| **TIME:** | 2:00 PM |
| **DOCKET NUMBER:** | CV-06-6663 (RJD) |
| **NAME OF CASE:** | PETERSEN V. ARIES FINANCIAL, LLC ET AL |
| **FOR PLAINTIFF(S):** | No Appearance |
| **FOR DEFENDANT(S):** | Sfouggatakis for Cucuzza, Schoer for Powell, Sosinsky for Aries, Winograd for Michaane. |
| **NEXT CONFERENCE:** | JANUARY 31, 2012 AT 2:30 P.M. IN-PERSON (see <u>RULINGS</u> below) |

**RULINGS FROM STATUS CONFERENCE:**

**THE CONFERENCE IS ADJOURNED TO JANUARY 31, 2012 AT 2:30 P.M.**

(1)  According to the records of the Clerk of Court, Mr. Racano is not admitted to practice before the Eastern District of New York.  Plaintiff must promptly appear through counsel admitted to the Court, and such counsel must promptly register for electronic case filing.  E-mails to court staff are not permitted.  MR. RACANO, PLAINTIFF URSULA PETERSON, AND PLAINTIFF'S NEW COUNSEL MUST APPEAR IN PERSON AT THE NEXT CONFERENCE.  FAILURE TO APPEAR MAY RESULT IN SANCTIONS.

(2)  Counsel for defendants may apply for reimbursement of their fees and expenses attending today's conference to be paid by Mr. Racano without reimbursement by plaintiff.

(3)  The application of Mr. Sfouggatakis to be relieved as counsel for defendant Cucuzza is granted, with Mr. Cucuzza's consent as stated on the record, and with the representation by Mr. Sfouggatakis that his file will be available to Mr. Cucuzza or successor counsel without further payment of fees or application to the court.

**FTR 2:22-2:27**