UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ESTATE OF MARIE PETERSEN, individually and as alleged
managing member of 519 THROOP AVE., LLC

                                      Plaintiff,           Case No. 06-cv-1097
                                                                     (RJD)(SMG)

            - against -

ARIES FINANCIAL, LLC, FREDRIC A. POWELL
AND JACQUES MICHAANE,

                                      Defendants.
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Estate of Marie Petersen ("Plaintiff"), through her undersigned counsel, and Defendants Aries Financial, LLC ("Aries"), Fredric A. Powell ("Powell) and Jacques Michaane ("Michaane) (collectively, "the Parties"), and subject to approval by the Court that:

      1.     All claims by Plaintiff against Aries, Powell and Michaane and any cross and/or counterclaims by and between the parties are dismissed with prejudice.

      2.     Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit.

      3.     This Court shall retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement between the Parties, the terms of which are incorporated by reference herein.

Date: 4/25/12       By: _____
                         Frank Racano, Esq.
                         198-13 Hollis Avenue
                         P.O. Box 140131
                         Howard Beach, New York 11414
                         Tel. (718) ~~286-2434~~  644-9093
                         Fax. ~~(646) 616-0408~~ (718) 709-8641
                         Attorney for the Plaintiff

Date: 4/26/12       By: _____
                         Frederick A. Sosinsky, Esq.
                         45 Broadway, 30th Floor
                         New York, NY 10006
                         Tel. (212) 285-2270
                         Fax. (212) 248-0999
                         FredS@newyork-criminaldefense.com
                         Attorney for Aries Financial LLC

Date: _____ By: _____
                         Gary Schoer, Esq.
                         6800 Jericho Turnpike, Suite 108W
                         Syosset, New York 11791
                         Tel. (516) 496-3500
                         Fax (516) 496 3530
                         gschoer@aol.com
                         Attorney for Fredric A. Powell

Date: 5/11/12       By: _____
                         Corey Winograd, Esq.
                         Winograd & Winograd P.C.
                         450 Seventh Avenue, Suite 1308
                         New York, New York 10123
                         Tel: (212) 268-6900
                         Fax: (212) 417-6084
                         coreywinograd@gmail.com
                         Attorney for Jacques Michaane

SO ORDERED:


Dated: _____       _____
                                    HONORABLE RAYMOND J. DEARIE
                                    U.S.D.J.


FCHS_WS 7136666v1.doc

Date: 4/25/12   By: _____
Frank Racano, Esq.
198-13 Hollis Avenue
P.O. Box 140131
Howard Beach, New York 11414
Tel. (718) ~~286-2434~~ 644-9093
Fax. ~~(646) 616-9468~~ (718) 709-8641
Attorney for the Plaintiff

Date: _____   By: _____
Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006
Tel. (212) 285-2270
Fax. (212) 248-0999
FredS@newyork-criminaldefense.com
Attorney for Aries Financial LLC

Date: 5/25/12   By: _____
Gary Schoer, Esq.
6800 Jericho Turnpike, Suite 108W
Syosset, New York 11791
Tel. (516) 496-3500
Fax (516) 496 3530
gschoer@aol.com
Attorney for Fredric A. Powell

Date: _____   By: _____
Corey Winograd, Esq.
Winograd & Winograd P.C.
450 Seventh Avenue, Suite 1308
New York, New York 10123
Tel: (212) 268-6900
Fax: (212) 417-6084
coreywinograd@gmail.com
Attorney for Jacques Michaane

SO ORDERED:

Dated: _____   _____
HONORABLE RAYMOND J. DEARIE
U.S.D.J.

FCHS_WS 7136666v1.doc